UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                              §
                                                    §
ROARKE INDUSTRIES, INC                              §        Case No. 07-10825
                                                    §
                        Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]              $

    The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $        $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Phillip D. Levey_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 07-10825    PSH    Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | ROARKE INDUSTRIES, INC | | Date Filed (f) or Converted (c): | 06/18/07 (f) |
| | | | 341(a) Meeting Date: | 07/18/07 |
| For Period Ending: | 04/02/12 | | Claims Bar Date: | 12/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 6,012.00 | 6,812.18 | | 6,812.18 | FA |
| 2. Security Deposit | 4,695.00 | 4,695.00 | DA | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 8,279.00 | 0.00 | DA | 0.00 | FA |
| 4. Customer Lists | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Office Equipment | 2,000.00 | 500.00 | DA | 0.00 | FA |
| 6. Oven, Compressor, CNC, Lathes, Spray Gun, Racks | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Production Parts | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 31.85 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $62,986.00        $12,007.18        $6,844.03        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/31/09        Current Projected Date of Final Report (TFR): 07/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 07-10825  -PSH |
|---|---|
| Case Name: | ROARKE INDUSTRIES, INC |

| Taxpayer ID No: | *******8052 |
|---|---|
| For Period Ending: | 04/02/12 |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2423  Money Market Account (Interest Earn |

| Blanket Bond (per case limit): | $  5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/05/07 | 1 | Roarke Industries | Turnover by Debtor | 1129-000 | 6,812.18 | | 6,812.18 |
| 09/28/07 | 8 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 2.78 | | 6,814.96 |
| 10/31/07 | 8 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 4.35 | | 6,819.31 |
| 11/30/07 | 8 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 3.64 | | 6,822.95 |
| 12/31/07 | 8 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 3.26 | | 6,826.21 |
| 01/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 2.70 | | 6,828.91 |
| 02/29/08 | 8 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 1.62 | | 6,830.53 |
| 03/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 1.61 | | 6,832.14 |
| 04/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 1.40 | | 6,833.54 |
| 05/09/08 | 000101 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA  70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 7.05 | 6,826.49 |
| 05/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.86 | | 6,827.35 |
| 06/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.85 | | 6,828.20 |
| 07/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.87 | | 6,829.07 |
| 08/29/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.86 | | 6,829.93 |
| 09/30/08 | 8 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.85 | | 6,830.78 |
| 10/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.66 | | 6,831.44 |
| 11/28/08 | 8 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.55 | | 6,831.99 |
| 12/31/08 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.35 | | 6,832.34 |
| 01/30/09 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,832.40 |
| 02/27/09 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,832.45 |
| 03/31/09 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,832.51 |
| 04/19/09 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | 2300-000 | | 10.78 | 6,821.73 |

Page Subtotals          6,839.56          17.83

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-10825 -PSH | |
| Case Name: | ROARKE INDUSTRIES, INC | |
| Taxpayer ID No: | *******8052 | |
| For Period Ending: | 04/02/12 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******2423  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,821.88 |
| 05/29/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,822.05 |
| 06/30/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,822.22 |
| 07/31/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,822.39 |
| 08/31/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,822.56 |
| 09/30/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,822.73 |
| 10/30/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,822.90 |
| 11/30/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,823.07 |
| 12/31/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,823.24 |
| 01/29/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,823.41 |
| 02/26/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,823.57 |
| 03/31/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,823.75 |
| 04/30/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,823.92 |
| 05/28/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,824.09 |
| 05/31/10 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 120 NEW ORLEANS, LA  70139 | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 13.64 | 6,810.45 |
| 06/30/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,810.62 |
| 07/30/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,810.79 |
| 08/31/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,810.97 |
| 09/30/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,811.14 |
| 10/29/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,811.31 |
| 11/30/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,811.48 |
| 12/31/10 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,811.65 |
| 01/31/11 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,811.82 |
| 02/28/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,811.87 |
| 03/08/11 | 000104 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA  70139 | Blanket Bond Premium | 2300-000 | | 4.16 | 6,807.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 3.78 | 17.80 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 07-10825 -PSH |
|---|---|
| Case Name: | ROARKE INDUSTRIES, INC |
| Taxpayer ID No: | *******8052 |
| For Period Ending: | 04/02/12 |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2423 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/31/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,807.77 |
| 04/29/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,807.82 |
| 05/31/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,807.88 |
| 06/30/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,807.94 |
| 07/29/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,807.99 |
| 08/31/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,808.05 |
| 09/30/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,808.11 |
| 10/31/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,808.17 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.67 | 6,799.50 |
| 11/30/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,799.56 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.38 | 6,791.18 |
| 12/30/11 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,791.24 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.37 | 6,782.87 |
| 01/31/12 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,782.93 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.90 | 6,774.03 |
| 02/29/12 | 8 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,774.08 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.05 | 6,766.03 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,844.03 | 78.00 | 6,766.03 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,844.03 | 78.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,844.03 | 78.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******2423 | 6,844.03 | 78.00 | 6,766.03 |
| | 6,844.03 | 78.00 | 6,766.03 |

Page Subtotals        0.69        42.37

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 16.05d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-10825  -PSH |
|---|---|
| Case Name: | ROARKE INDUSTRIES, INC |
| Taxpayer ID No: | *******8052 |
| For Period Ending: | 04/02/12 |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2423  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | | Page Subtotals | 0.00 | 0.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 16.05d

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-10825
Case Name: ROARKE INDUSTRIES, INC
Trustee Name: Phillip D. Levey

Balance on hand                                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses            $_____

Remaining Balance                                                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of the Treasury | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | IL Dept. Revenue | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Co | $ | $ | $ |
| 000002B | Department of the Treasury | $ | $ | $ |
| 000003 | Adapt-A-Pak Corporation | $ | $ | $ |
| 000004 | BNB Realty Partners | $ | $ | $ |
| 000005 | United Parcel Service | $ | $ | $ |
| 000006 | Precision Roller | $ | $ | $ |
| 000007 | Sentry Insurance | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE