**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROARKE INDUSTRIES, INC | § | Case No. 07-10825 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Kenneth Gardner
   U.S. Bankruptcy Court Clerk
   219 South Dearborn Street- 7th Floor
   Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/03/2012 in Courtroom 644,

   United States Courthouse
   219 South Dearborn Street
   Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                             Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ROARKE INDUSTRIES, INC | § | Case No. 07-10825 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,844.03 |
| and approved disbursements of | $ | 78.00 |
| leaving a balance on hand of[1] | $ | 6,766.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,434.40 | $ 0.00 | $ 1,434.40 |
| Trustee Expenses: Phillip D. Levey | $ 25.95 | $ 0.00 | $ 25.95 |
| Other: International Sureties, Ltd. | $ 4.16 | $ 4.16 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,460.35 |
| Remaining Balance | $ | 5,305.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,493.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of the Treasury | $ 5,360.05 | $ 0.00 | $ 5,176.57 |
| 000008 | IL Dept. Revenue | $ 133.69 | $ 0.00 | $ 129.11 |
| | Total to be paid to priority creditors | | $ | 5,305.68 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,338.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Co | $ 1,168.84 | $ 0.00 | $ 0.00 |
| 000002B | Department of the Treasury | $ 455.49 | $ 0.00 | $ 0.00 |
| 000003 | Adapt-A-Pak Corporation | $ 1,589.99 | $ 0.00 | $ 0.00 |
| 000004 | BNB Realty Partners | $ 25,203.67 | $ 0.00 | $ 0.00 |
| 000005 | United Parcel Service | $ 938.45 | $ 0.00 | $ 0.00 |
| 000006 | Precision Roller | $ 726.90 | $ 0.00 | $ 0.00 |
| 000007 | Sentry Insurance | $ 254.69 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |

    Remaining Balance                                                                                      $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                            Prepared By: /s/Phillip D. Levey_____
                                                                     Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                       Case No. 07-10825-PSH
Roarke Industries, Inc                                       Chapter 7
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0752-1      User: adragonet           Page 1 of 3           Date Rcvd: Apr 03, 2012
                          Form ID: pdf006           Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2012.
db           +Roarke Industries, Inc,    820 Downing Drive,    Schaumburg, IL 60195-3231
11427246      AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
11427242     +Adapt-A-Pak Corporation,    201 W. 6th St,   Lockport, IL 60441-3289
11427243     +Addison Abrasives, Inc,    341 W. Interstate Road,    Addison, IL 60101-4515
11427244     +Addison Building Materials,    3201 Busse Road,    Arlington Heights, IL 60005-4699
11427249     +BNB Realty Partners,    190 Shepard Ave.,   Unit A,    Wheeling, IL 60090-6068
11427247     +Barry Serota and Associates,    P.O. Box 1008,    Arlington Heights, IL 60006-1008
11427248      Biehl & Biehl, Inc,    325 E. Fullerton Ave,   P.O. Box 87410,    Carol Stream, IL 60188-7410
11427250     +Calco, LTD,   960 Muirfield,    Hanover Park, IL 60133-5457
11427251      Chase,   P.O. Box 4661,    Houston, TX 77210-4661
11427252      Chase Bank USA N.A.,    P.O. Box 9001022,   Louisville, KY 40290-1022
11427255      Finzer Roller of Illinois, Inc,    33462 Treasury Center,    Chicago, IL 60694-3400
11427254      Finzer Roller of Illinois, Inc,    129 Rawls Road,    Des Plaines, IL 60018-1328
11427256     +Fox Valley Towels,    1631 N. 31st Street,   Melrose Park, IL 60160-1837
11427257     +Glen Seiden, Attorney at Law,    205 N. Michigan Ave.,    Chicago, IL 60601-5914
11427258      Humana Insurance Co,    P.O. Box 0859,   Carol Stream, IL 60132-0859
11427259     +IL Dept. Revenue,    Bkcy Unit,   100 W Randolph St #7-400,    Chicago IL 60601-3274
11427260      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
11427262      Kingspor Abrasives,    P.O. Box 2367,   Hickory, NC 28603-2367
11427263     +LaSalle Bank,   135 S. LaSalle,    Chicago, IL 60603-4514
11427264      Mark and Angela Wiebe,    820 Downing Drive,   Schaumburg, IL 60195-3231
11427265     +Mason, Silver, Wenk & Mishkin, LLC,    400 Skokie Blvd,    Suite 850,   Northbrook, IL 60062-7922
11427266      McMaster-Carr Supply Co,    P.O. Box 7690,   Chicago, IL 60680-7690
11427267     +Mennon Rubber & Safety Products,    9718 W. Irving Park Road,    Schiller Park, IL 60176-1993
11427268      Minco Manufacturing Co,    855 Aeroplaza Drive,    Colorado Springs, CO 80916-4003
11427270     +Precision Roller,    2102 W. Quail,   Suite 1,    Phoenix, AZ 85027-2656
11427271      Reliable Tool Company,    P.O. Box 703,   East Moline, IL 61244-0703
11427273     +Sinclair Mineral & Chemical,    2525 American Lane,    Elk Grove Village, IL 60007-6205
11631329     +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
               Timonium, Maryland 21094-4396,    Telephone Number: (410) 773-4029
11427274      United Parcel Service,    Lockbox 577,   Carol Stream, IL 60132-0577
11427275      Veolia ES Solid Waste Midwest, LLC,    P.O. Box 6484,    Carol Stream, IL 60197-6484
11427276     +Virgina and David Monreal,    820 Downing Drive,    Schaumburg, IL 60195-3231
11427277     +Water One,   960 Murifield Drive,    Hanover Park, IL 60133-5457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11427253     +E-mail/Text: legalcollections@comed.com Apr 04 2012 02:27:49      ComEd Co,    2100 Swift Drive,
               Attn Bankruptcy Section,    Revenue Management,    Oakbrook IL 60523-1559
11427261      E-mail/Text: cio.bncmail@irs.gov Apr 04 2012 01:48:10      Department of the Treasury,
               Internal Revenue Service,    Centralized Insolvency Operations,    P O Box 21126,
               Philadelphia PA 19114
11427269      E-mail/Text: bankrup@nicor.com Apr 04 2012 01:50:44      Nicor Gas,    P.O. Box 416,
               Aurora, IL 60568-0001
11427272     +E-mail/Text: April.Szydel@sentry.com Apr 04 2012 02:59:27      Sentry Insurance,
               1800 North Point Drive,    Stevens Point Wi 54481-1283
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11427245     ##+Akzo Nobel Non-Stick Coatings,    521 Santa Rosa Drive,   Des Plaines, IL 60018-2601
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: adragonet            Page 2 of 3            Date Rcvd: Apr 03, 2012
                              Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2012**                 **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet            Page 3 of 3               Date Rcvd: Apr 03, 2012
                              Form ID: pdf006            Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2012 at the address(es) listed below:
              Carleen L Cignetto    on behalf of Debtor   Roarke Industries, Inc cignettolaw@yahoo.com
              Mark J Rose    on behalf of Creditor   BNB Realty Partners, LLC mjroseesq@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 4