**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROARKE INDUSTRIES, INC | § | Case No. 07-10825 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 56,974.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 5,305.78 | Claims Discharged<br>Without Payment: 30,525.99 |
| Total Expenses of Administration: 1,538.37 | |

3) Total gross receipts of $ 6,844.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,844.15 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,538.37 | 1,538.37 | 1,538.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 5,493.74 | 5,493.74 | 5,305.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 30,338.03 | 30,338.03 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 37,370.14 | $ 37,370.14 | $ 6,844.15 |

4) This case was originally filed under chapter 7 on 06/18/2007 . The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/21/2013 By:/s/Phillip D. Levey

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account | 1129-000 | 6,812.18 |
| Post-Petition Interest Deposits | 1270-000 | 31.97 |
| TOTAL GROSS RECEIPTS | | $ 6,844.15 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| PHILLIP D. LEVEY | 2100-000 | NA | 1,434.42 | 1,434.42 | 1,434.42 |
| PHILLIP D. LEVEY | 2200-000 | NA | 25.95 | 25.95 | 25.95 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 4.16 | 4.16 | 4.16 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.05 | 7.05 | 7.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.78 | 10.78 | 10.78 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 13.64 | 13.64 | 13.64 |
| BANK OF AMERICA | 2600-000 | NA | 8.67 | 8.67 | 8.67 |
| BANK OF AMERICA | 2600-000 | NA | 8.38 | 8.38 | 8.38 |
| BANK OF AMERICA | 2600-000 | NA | 8.37 | 8.37 | 8.37 |
| BANK OF AMERICA | 2600-000 | NA | 8.90 | 8.90 | 8.90 |
| BANK OF AMERICA | 2600-000 | NA | 8.05 | 8.05 | 8.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 1,538.37 | **$** 1,538.37 | **$** 1,538.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 5,360.05 | 5,360.05 | 5,176.66 |
| 000008 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | NA | 133.69 | 133.69 | 129.12 |
| 000009 | ILLLINOIS DEPT. OF EMPLOYMENT SECUR | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$** NA | **$** 5,493.74 | **$** 5,493.74 | **$** 5,305.78 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ADAPT-A-PAK CORPORATION | 7100-000 | NA | 1,589.99 | 1,589.99 | 0.00 |
| 000004 | BNB REALTY PARTNERS | 7100-000 | NA | 25,203.67 | 25,203.67 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMED CO | 7100-000 | NA | 1,168.84 | 1,168.84 | 0.00 |
| 000002B | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 455.49 | 455.49 | 0.00 |
| 000006 | PRECISION ROLLER | 7100-000 | NA | 726.90 | 726.90 | 0.00 |
| 000007 | SENTRY INSURANCE | 7100-000 | NA | 254.69 | 254.69 | 0.00 |
| 000005 | UNITED PARCEL SERVICE | 7100-000 | NA | 938.45 | 938.45 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$** NA | **$** 30,338.03 | **$** 30,338.03 | **$** 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-10825 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| Case Name: | ROARKE INDUSTRIES, INC | Date Filed (f) or Converted (c): | 06/18/07 (f) |
| | | 341(a) Meeting Date: | 07/18/07 |
| For Period Ending: | 03/21/13 | Claims Bar Date: | 12/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 6,012.00 | 6,812.18 | | 6,812.18 | FA |
| 2. Security Deposit | 4,695.00 | 4,695.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 8,279.00 | 0.00 | | 0.00 | FA |
| 4. Customer Lists | 0.00 | 0.00 | | 0.00 | FA |
| 5. Office Equipment | 2,000.00 | 500.00 | | 0.00 | FA |
| 6. Oven, Compressor, CNC, Lathes, Spray Gun, Racks | 40,000.00 | 0.00 | | 0.00 | FA |
| 7. Production Parts | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 31.97 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $62,986.00 | $12,007.18 | | $6,844.15 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/31/09 Current Projected Date of Final Report (TFR): 07/31/12

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-10825 -PSH
Case Name: ROARKE INDUSTRIES, INC
Taxpayer ID No: *******8052
For Period Ending: 03/21/13

Trustee Name: Phillip D. Levey
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3034 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/13 | | Bank of America | Transfer from Bank of America | 9999-000 | 129.12 | | 129.12 |
| 01/16/13 | 010001 | Illlinois Dept. of Employment Security<br>Bankruptcy Unit - 4th Floor<br>33 S. State Street<br>Chicago IL 60603 | | 5800-000 | | 129.12 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 129.12 | 129.12 | 0.00 |
| Less: Bank Transfers/CD's | 129.12 | 0.00 | |
| Subtotal | 0.00 | 129.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 129.12 | |

Page Subtotals 129.12 129.12

Ver: 17.01

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-10825 -PSH
Case Name: ROARKE INDUSTRIES, INC

Taxpayer ID No: *******8052
For Period Ending: 03/21/13

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2423 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/05/07 | 1 | Roarke Industries | Turnover by Debtor | 1129-000 | 6,812.18 | | 6,812.18 |
| 09/28/07 | 8 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 2.78 | | 6,814.96 |
| 10/31/07 | 8 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 4.35 | | 6,819.31 |
| 11/30/07 | 8 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 3.64 | | 6,822.95 |
| 12/31/07 | 8 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 3.26 | | 6,826.21 |
| 01/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 2.70 | | 6,828.91 |
| 02/29/08 | 8 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 1.62 | | 6,830.53 |
| 03/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 1.61 | | 6,832.14 |
| 04/30/08 | 8 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 1.40 | | 6,833.54 |
| 05/09/08 | 000101 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | BOND # 016026455<br>Term 2/1/08 - 2/1/09 | 2300-000 | | 7.05 | 6,826.49 |
| 05/30/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.86 | | 6,827.35 |
| 06/30/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.85 | | 6,828.20 |
| 07/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.87 | | 6,829.07 |
| 08/29/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.86 | | 6,829.93 |
| 09/30/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.85 | | 6,830.78 |
| 10/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.66 | | 6,831.44 |
| 11/28/08 | 8 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.55 | | 6,831.99 |
| 12/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.35 | | 6,832.34 |
| 01/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,832.40 |
| 02/27/09 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,832.45 |
| 03/31/09 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,832.51 |
| 04/19/09 | 000102 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | TRUSTEE'S BOND<br>BOND NUMBER 016026455 | 2300-000 | | 10.78 | 6,821.73 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 6,839.56 | 17.83 |

Ver: 17.01

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-10825 -PSH
Case Name: ROARKE INDUSTRIES, INC

Taxpayer ID No: *******8052
For Period Ending: 03/21/13

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2423 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,821.88 |
| 05/29/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,822.05 |
| 06/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,822.22 |
| 07/31/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,822.39 |
| 08/31/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,822.56 |
| 09/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,822.73 |
| 10/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,822.90 |
| 11/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,823.07 |
| 12/31/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,823.24 |
| 01/29/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,823.41 |
| 02/26/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,823.57 |
| 03/31/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,823.75 |
| 04/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,823.92 |
| 05/28/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,824.09 |
| 05/31/10 | 000103 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 120<br>NEW ORLEANS, LA 70139 | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 13.64 | 6,810.45 |
| 06/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,810.62 |
| 07/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,810.79 |
| 08/31/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,810.97 |
| 09/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,811.14 |
| 10/29/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,811.31 |
| 11/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,811.48 |
| 12/31/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,811.65 |
| 01/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,811.82 |
| 02/28/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,811.87 |
| 03/08/11 | 000104 | International Sureties, Ltd.<br>701 Poydras Street - Suite 420<br>New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | 4.16 | 6,807.71 |
| | | | Page Subtotals | | 3.78 | 17.80 | |

FORM 2



## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 07-10825 -PSH
Case Name: ROARKE INDUSTRIES, INC

Taxpayer ID No: *******8052
For Period Ending: 03/21/13

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2423 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,807.77 |
| 04/29/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,807.82 |
| 05/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,807.88 |
| 06/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,807.94 |
| 07/29/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,807.99 |
| 08/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,808.05 |
| 09/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,808.11 |
| 10/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,808.17 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.67 | 6,799.50 |
| 11/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,799.56 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.38 | 6,791.18 |
| 12/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,791.24 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.37 | 6,782.87 |
| 01/31/12 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,782.93 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.90 | 6,774.03 |
| 02/29/12 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,774.08 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.05 | 6,766.03 |
| 03/30/12 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,766.09 |
| 04/30/12 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,766.15 |
| 05/03/12 | | Transfer to Acct #*******6231 | Final Posting Transfer | 9999-000 | | 6,766.15 | 0.00 |

Page Subtotals 0.81 6,808.52

Ver: 17.01

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-10825 -PSH
Case Name: ROARKE INDUSTRIES, INC

Taxpayer ID No: *******8052
For Period Ending: 03/21/13

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2423 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 6,844.15 | 6,844.15 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,766.15 | |
| | | | Subtotal | | 6,844.15 | 78.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,844.15 | 78.00 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.01

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-10825 -PSH
Case Name: ROARKE INDUSTRIES, INC

Taxpayer ID No: *******8052
For Period Ending: 03/21/13

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6231 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/12 | | Transfer from Acct #*******2423 | Transfer In From MMA Account | 9999-000 | 6,766.15 | | 6,766.15 |
| 05/06/12 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,434.42 | 5,331.73 |
| 05/06/12 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 25.95 | 5,305.78 |
| 05/06/12 | 000103 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia PA 19114 | Claim 000002A, Payment 96.57858% | 5800-000 | | 5,176.66 | 129.12 |
| * 05/06/12 | 000104 | IL Dept. Revenue<br>Bkcy Unit<br>100 W Randolph St #7-400<br>Chicago IL 60601 | Claim 000008, Payment 96.58164% | 5800-003 | | 129.12 | 0.00 |
| * 12/17/12 | 000104 | IL Dept. Revenue<br>Bkcy Unit<br>100 W Randolph St #7-400<br>Chicago IL 60601 | Claim 000008, Payment 96.58164%<br>Check was not cashed. Received cashiers check from Bank of America for same and deposited it with Associated Bank. | 5800-003 | | -129.12 | 129.12 |
| 12/17/12 | | Associated Bank | Transfer to Associated Bank | 9999-000 | | 129.12 | 0.00 |

Page Subtotals 6,766.15 6,766.15

Ver: 17.01

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-10825 -PSH
Case Name: ROARKE INDUSTRIES, INC

Taxpayer ID No: *******8052
For Period Ending: 03/21/13

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6231 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 6,766.15 | 6,766.15 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,766.15 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,766.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,766.15 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********3034 | 0.00 | 129.12 | 0.00 |
| Money Market Account (Interest Earn - ********2423 | 6,844.15 | 78.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********6231 | 0.00 | 6,766.15 | 0.00 |
| | 6,844.15 | 6,973.27 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00